COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.  2-07-386-CR

 

 

MICHAEL D. COLEMAN                                                        APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

        FROM
CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------

Appellant Michael D. Coleman
attempts to appeal from his conviction on his plea of guilty to burglary of a
building.  The trial court=s certification states that this Ais a plea bargain case and the defendant has NO right to appeal@ and Athe
defendant waived the right of appeal.@[2]  See Tex. R. App. P. 25.2(a)(2), (d).








On October 30, 2007, we
notified all parties that we would dismiss this appeal pursuant to the trial
court=s certification unless any party desiring to continue the appeal filed
on or before November 9, 2007, a response showing grounds for continuing the
appeal.  See Tex. R. App. P. 25.2(d).  We have received no response.

Therefore, we dismiss this
appeal.  See id.

PER CURIAM

 

PANEL D:   GARDNER, WALKER, and MCCOY, JJ.

 

DO
NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  December 20, 2007

 











[1]See Tex. R. App. P. 47.4.





[2]The
certification is signed by Appellant=s counsel, but Appellant=s
signature line is marked, ARefused to sign.@  See Tex.
R. App. P. 25.2(d).